UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

JOHN CHRISTOPHER ANDERSEN )
)
    Plaintiff, ) 3:10-cv-67-ECR-VPC
)
vs. )
) <u>ORDER OF DISMISSAL WITHOUT</u>
JOHN W. HELZER, et al, ) <u>PREJUDICE PURSUANT TO RULE 4(m)</u>
) <u>FEDERAL RULES OF CIVIL</u>
)     PROCEDURES
    Defendants. )

Plaintiff, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Holly Vance

DATED this __17__ day of __Nov.__, 20__11__.

_____
EDWARD C. REED
UNITED STATES DISTRICT JUDGE