AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

JOHN CHRISTOPHER ANDERSON,

     Plaintiff,                    JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER: 3:10-cv-00067-ECR-VPC

JOHN W. HELZER, Assistant DA, et al.,

     Defendants.

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant John W. Helzer's Motion for Summary Judgment [44] is GRANTED.

July 17, 2012                                                            **LANCE S. WILSON**
   Date                                                                                  Clerk

                                                                   /s/   M. Campbell
                                                                     Deputy Clerk